# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                          CASE NO.  3:96cr008-LAC

THOMAS GRADY BROWN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on January 9, 2006

Motion/Pleadings: Motion to Modify Sentence pursuant to Title 18 USC 3582(c)(2)

Filed by Defendant                    on 1/9/06          Doc.# 92

RESPONSES:

IN OPPOSITION BY GOVERNMENT       on 1/12/06         Doc.# 93

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ Travis Green
LC (1 OR 2)                Deputy Clerk: Travis Green

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) The Government's response (Doc 93) has accurately stated the law.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior U.S. District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.