# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                             CASE NO. 3:96CR8 LAC

THOMAS GRADY BROWN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  September 15, 2008

Motion/Pleadings: PETITION FOR A WRIT OF AUDITA QUERELA

Filed by DEFENDANT PRO SE   on 9/8/08   Doc.# 112

RESPONSES:

IN OPPOSITION BY GOVERNMENT   on 9/14/08   Doc.# 113

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)

*s/Mary Maloy*
Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) For all of the reasons set forth in the Government's response (doc 113).*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.