UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                     CASE NO.  3:96cr8 LAC

THOMAS GRADY BROWN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on     September 30, 2008
Motion/Pleadings:  REQUEST FOR RECONSIDERATION OF DENIAL OF PETITION FOR A WRIT OF AUDITA QUERELA
Filed by  DEFENDANT PRO SE        on 9/29/08         Doc.# 117

RESPONSES:

_____ on _____  Doc.# _____
_____ on _____  Doc.# _____

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   s/Mary Maloy
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 30th day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) After consideration of defendant's "Traverse Reply," the Court reaffirms its order denying his Petition for a Writ of Audita Querela (doc 114).*

                                   s/L.A. Collier
                                   **LACEY A. COLLIER**
                                   *Senior United States District Judge*

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.